IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIELLE PRITCHETT,** | : | **Civil No. 1:19-CV-01493** |
| **Plaintiff,** | : | |
| v. | : | |
| **ALTERNATIVE BEARINGS CORPORATION and THOMAS G. MALLOY,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Plaintiff Gabrielle Pritchett's motion for reconsideration or certification for interlocutory appeal (Doc. 33) is **DENIED.**

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: August 28, 2020